Nov. 2, 2015

80,266-07

To: Mr. Abel Acosta,
State Clerk
P.O. Box 12308 Capitol Station
Austin, Texas 78711

From: Gerardo Gonzalez #1473026
WYNNE UNIT
810 F.M. 2821
Huntsville, Texas 77349

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 05 2015

Abel Acosta, Clerk

RE: WR-80;266-06

Please, enclosed find a Writ of Mandamus. I don't know if this is right or wrong again know very little of the Law from this State. If you feel 'am wrong somewhere in this Writ please do not file. But wish to file this Writ to obtain answer and help from any one's help! ...

Sincerelly submitted,

Gerardo Gonzalez

Pro Se

This document contains some pages that are of poor quality at the time of imaging.

| | | |
|---|---|---|
| Gerardo Gonzalez | § | IN THE |
| TDCJ-ID #1473026 | § | |
| RELATOR | § | TEXAS COURT OF CRIMINAL |
| | § | |
| V. | § | APPEALS |
| CHRIS DANIEL | § | |
| DISTRICT CLERK: | § | |
| HARRIS, COUNTY TEXAS | § | AUSTIN, TEXAS |

## A. PLAINTIFF'S ORIGINAL APPLICATION FOR WRIT FOR MANDAMUS

## TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, GERARDO GONZALEZ, Relator, pro se in the above styled and numbered cause of action and files this Original Application for Writ of Mandamus, pursuant to Article 11.07, Section 3(c) / Article 11.073, related to certain Scientific Evidence(c)(1)(2), (b)(1)(A)(B) of the Texas Code of Criminal Procedure, and would show the court the following:

## B. RELATOR

I.

1.01 Gerardo Gonzalez, TDCJ-ID #1473026 is an offender incarcerated in the Texas Department of Criminal Justice and is appearing pro se, who can be located at WYNNE UNIT, 810 F.M. 2821 Huntsville, Texas 77349.

1.02 Relator has exhausted his remedies and has no other adequate remedy at Law.

1.03 The act sought to be compelled is ministerial, not discretionary in nature T.C.C.P. Art. 11.07, Section 3(c), requires Respondent to immediately transmit to the Court of Criminal Appeals a copy of the application for Writ of habeas corpus, any answers filed, and a certificate reciting the date upon which that finding was made, if the convicting court decides that there are no issues to be resolved. No copy of the application for Writ of habeas corpus, any answers filed,

and a certificate reciting the date upon which that finding was made have been transmitted to the Court of Criminal Appeals. Had such documents been transmitted to the Court of Criminal Appeals by Respondent as required by statute, Relator would have received notice from the Court of Criminal Appeals.

## C. RESPONDENT                    II.

2.01 Respondent Mr. Chris Daniel, in her/his capacity as District Clerk of HARRIS County, Texas has a ministerial duty to receive and file all papers in a criminal proceeding, and perform all other duties imposed on the clerk by law, pursuant to T.C.C.P. Art. 2.21, and is responsible under T.C.C.P. 11.07, sec. 3(c) to immediately transmit to the Court of Criminal Appeals a copy of the application for Writ of habeas corpus/Junk Science Writ, Art. 11.073 any answers filed, and a certificate reciting the date upon which that finding was made if the convicting court decides that there are no issues to be resolved. Mr. Chris Daniel, District Clerk of Harris County, may be served at her/his place of business at P.O. Box 4651, Houston, Texas 77210-4651.

## D. VIOLATION OF ARTICLE 11.07 OF THE TEXAS CODE OF CRIMINAL PROCEDURE

3.01 The Respondent violated Article 11.07, Section 3(c) of the Texas Code of Criminal Procedure by failing to provide a copy of the application for Writ of habeas Corpus, any answers filed, and a certificate reciting the date upon which that finding was made to the Court of Criminal Appeals within the time prescribed by law and within a reasonable time from date on which the documents were requested to be transmitted. 3.02 Requests for the transmittal of the application for Writ of habeas Corpus/Junk Science Writ, Art. 11.073, any answers filed, and a certificate reciting the date upon which that finding was made, were made by Relator to Mr. Chris Daniel, District clerk of Harris County, by certified mailed #7013-1090-0001- 4902-4526 letters dated June 12, 2015, June 19, 2015, and Sept. 10, 2015 pursuant to Article 11.07, Section 3(c) of the Code of Criminal Procedure. True and accurate copies of the above letters are attached here to as Exhibits "A" through "G" and are incorporated by reference herein for all purposes.

2 of 6

3.03 To date, Relator has received no response from Respondent regarding Relator's request for transmittal of a copy of the application for Writ of habeas corpus/Junk Science Writ, Art. 11.073, any answers filed, and a certificate reciting the date upon which that finding was made to the Court of Criminal Appeals.

3.04 As is clear from Relator's letters, Relator has repeatedly put Respondent on notice that Relator seeks the transmittal of a copy of the application for Writ of Habeas Corpus/Junk Science Writ, Art. 11.073 any answers filed, and a certificate reciting the date upon which that finding was made to the Court of Criminal Appeals and that such records are required by the Court of Criminal Appeals to act on Relator's Writ of Habeas Corpus/Junk Science Writ, Art. 11.073, Relator has gone well beyond any requirement or obligations imposed upon him by the Texas Code of Criminal Procedure. In contrast to Relator's efforts, Respondent has wholly failed to comply with the Texas Code of Criminal Procedure, Article 11.07, section 3(c) is acting in bad faith, and has also failed to afford Relator the professional and common, courtesy of any written responses to his correspondence and requests.

3.05 Article 11.07, section 3(c) clearly states that "[i]f the convicting court decides that there are no such issues, the clerk shall immediately transmit [emphasis added] to the Court of Criminal Appeals a copy of the application, any answers filed, and a certificate reciting the date upon which that finding was made. Failure of the court to act within the allowed 20 days shall constitute such a finding," Texas Code of Criminal Procedure Article 11.07, sec. 3(c). Respondent is in violation of the procedure, ministerial duties, and thus the laws of this state.

D. _PRAYER FOR RELIEF_

WHEREFORE, PREMISES CONSIDERED, Relator, Gerardo Gonzalez, pro se, respectfully requests a finding that the Respondent did not transmit documents to the Court of Criminal Appeals within a reasonable time after the date they were requested and that Relator brought this litigation in good faith and has substantially prevailed.

Relator requests to be brought to this court the 183<u>RD</u> Judicial District court from <u>HARRIS</u> county, Houston, Texas. Relator asks this court to reverse this conviction and overturn this sentence. Relator prays for an Order directing Respondent to transmit copy of the application for Writ of Habeas Corpus/Junk Science Writ, Art. 11.073 any answers filed, and a certificate reciting the date upon which that finding was made to the Court of Criminal Appeals as directed in Article 11.07, section 3(c) of the Texas Code of Criminal Procedure and requested in Relator's letters see Exhibits "A" through "G".

Respectfully Submitted,

by: _Gerardo Gonzalez_
Pro Se RELATOR

THE STATE OF TEXAS          §     IN THE
HARRIS COUNTY              §     TEXAS COURT OF CRIMINAL
                          §           APPEALS
                          §
                          §     AUSTIN, TEXAS
                          §

E. *AFFIDAVIT*

     I swear under oath that the facts and allegations in the above APPLICATION FOR WRIT OF MANDAMUS are true and correct.

*Gerardo Gonzalez*
TDCJ-ID #1473026
Pro Se  RELATOR

    SIGNED UNDER DECLARATION, on this the 2 day of *November* 2015.

F. *CERTIFICATE OF SERVICE*

    I hereby certify that a true copy of the above APPLICATION FOR WRIT OF MANDAMUS was served on *letter* by placing a copy in the U.S. mail addressed to: TEXAS COURT OF CRIMINAL APPEALS P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711 on this the 2 day of *November* 2015.

*Gerardo Gonzalez*
Pro Se  RELATOR

<u>Gerardo Gonzalez</u>           §        IN THE
TDCJ-ID #1473026             §
RELATOR                      §        TEXAS COURT OF CRIMINAL
                             §
v.                           §           APPEALS
<u>CHris Daniel</u>               §
DISTRICT CLERK:              §
HARRIS COUNTY, TEXAS         §
IN HER/HIS OFFICIAL CAPACITY §        AUSTIN, TEXAS
RESPONDENT                   §

## ORDER

On this day, came on to be heard the foregoing Relator's Application for Writ of Mandamus and it appears to the Court that the same should be:

_____ GRANTED

IT IS THEREFORE ORDERED THAT the District Clerk shall immediately transmit to the Court of Criminal Appeals a copy of the application for Writ of Habeas Corpus/Junk Science Writ, Art. 11.073 any answers filed, and a certificate reciting the date upon which that transmittal was made.

SIGNED on this the ___ day of _____ 2015.

_____
PRESIDING JUDGE

6 of 6

Sept. 10, 2015

To: Mr. Chris Daniel,
    District Clerk, Harris County
        P.O. BOX 4651
    Houston, TEXAS 77210-4651


From: Gerardo Gonzalez #1473026
      WYNNE UNIT (Pro Se)
      810 F.M. 2821
      Huntsville, Texas 77349

RE: Trial Court Case #1108256 A/B #1108257 A/B

     Concerning of said Writ of Junk Science/Attachment Writ, art. 11.073, pursuant to Article 11.07, section 3(b) of the Code of Criminal Procedure. Which petitioner filed on believe June 14, 2015 by certified mail to "district Clerk" of Harris county (Mr. Chris Daniel), to file. Petitioner, avers or don't understand the silent notice of none action from district clerk in complying with article 11.07, section 3(a)(b) and (c) which clerk shall/will prepare a record and transmit to the Court of Criminal Appeals. Almost 80, days has past from the date of the certified mail "notice of any action has been received from clerk." Which has a ministerial duty to receive and file all papers in a criminal proceeding and perform all other duties imposed on the clerk by law pursuant to T.C.C.P. art. 2.21 and is responsible under T.C.C.P. 11.07, sec. 3(c) to immediately transmit to the C.C.A. copies of any answers filed, and a certificate reciting the date upon which that finding was made file, the convicting court decides that there are no issues to be resolved. In contrast to Petitioner's efforts, clerk has wholly failed to comply with the Texas Code of Criminal Procedure, Art. 11.07, section 3(c) is acting in bad faith and has also failed to afford petitioner the professional and common courtesy of any written responses to his correspondence and requests. Clerk is in violation of the procedure, ministerial duties and thus the laws of this State.

G.G.
Exhibit "A"

1 of 2

Petitioner also file a Writ of Mandamus to said court for Clerk to file on Aug. 7, 2015. Neither writs/applications has given notice or reply. Petitioner has gone well beyond any requirement or obligations imposed upon him by the Texas Code of Criminal Procedure.

Would appreciate any concern of said foregoing

Action...

Petitioner Pro Se,
Gerardo Gonzalez #1473026
WYNNE UNIT
810 F.M. 2821
Huntsville, TX. 77349

w/c

Exhibit "A"

2 of 2

Certified Mail Slip

# 7013-1090-0001-4902-4526

Believe was sent dated on or about

June 19, 2015

w/c

Exhibit "B"

Jan. 25, 2015

To: Mrs. Devon Anderson,
    District Attorney
    1201 Franklin Suite 600
    Houston, Texas 77002-1923

From: Gerardo Gonzalez #1473026
    WYNNE UNIT
    810 F.M. 2821
    Huntsville, Texas 77349

Dear Mrs. Devon Anderson,

RE: The State of Texas v. Gonzalez, Gerardo
    Trial Cause No.'s 1108256 ⁴/B + 1108257 ⁴/B (Oct. 31, 2007)

I Gerardo Gonzalez, was convicted in the 183ᴿᴰ District Court of Harris County, Houston Texas. Which upon conviction I was entitled to a free copy of court reporter's records and transcripts of my trial by jury. The Counsel that went thur my trial fail to get me copies of all that was file on both side. I wrote to the attorney that represented at trial 'til now haven't had no respond. According to SB 1611 (Ellis; Duncan): improves defendants access to important evidence regarding their case, including law enforcement such info. at the defense's request. Which I have been requesting since I gotten convicted, "the State Bar Rules DR-9-102(B)(Y)" under Texas law a client has right to the return of his paper on request. Until now, that I have not heard of attorney. Now I come to you (district clerk) of Harris county to help with my ongoing appeal, court's reporter's records and transcripts of my entire trial due to comply with filing to Court of Criminal Appeals as this court too. Also need Tex. R App. P. 73.1 a free copy of Rule 73.1 form... Wherefore, I Gerardo Gonzalez, hereby, respectfully request you immediately and expeditiously forward copies of entire contents of my case file to me within Ten (10) working days after reciept of certified letter at Gerardo Gonzalez #1473026, WYNNE UNIT (A-4-13-B) 810 FM 2821, Huntsville TX. 77349.

Exhibit "C" w/c

Respectfully,
Gerardo Gonzalez
Pro Se

June 12, 2015

To: Mr. Chris Daniel,
    District Clerk
    P.O. BOX 4651
    Houston, Texas 77210-4651

From: Gerardo Gonzalez #1473026
    WYNNE UNIT (Pro Se)
    810 F.M. 2821
    Huntsville, Texas 77349

Concerning: Sunk Science Writ/Attachment Writ

Pursuant to Article 11.07, sec. 3(b)(c) of the Texas Code of Criminal Procedure, please find enclosed copies of the documents that petitioner wish to file as Sunk Science Writ/Attachment Writ in the cause number's 1108256 A/B and 1108257 A/B in the 183RD District Court. This is to advise that petitioner filed this Writ on 4-29-15 to Mrs. Devon Anderson, District Attorney 1201 Franklin Ste 600, Houston, Texas 77002-1923. Also to Court of Criminal Appeals P.O. BOX 12308, Capitol Station Austin, TX. 78711. Mr. Abel Acosta, But was send back pursuant to art. 11.07, sec. 3(c) Mrs. Devon A., do not Know if she forwarded or thru it here's some other one's please you already filed don't file, do not if those already file.---

C.C.A. received it May 4, 2015 and copie the Writ then send it back to me.---

Sincerelly,
Gerardo Gonzalez
Pro Se

Exhibit "D"    w/c

Exhibit "E" w/c

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — **INSTITUTIONAL DIVISION**

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ☐ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*

5. ☐ *Visiting List (Asst. Director of classification, Administration Building)*

6. ☐ *Parole requirements and related information (Unit Parole Counselor)*

7. ☐ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ☐ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

TO: _Mail Room_
(Name and title of official)

DATE: _5-28-15_

ADDRESS: _W Y_

**SUBJECT:** *State briefly the problem on which you desire assistance.*

Would like to know the last two legal letters I send out what date were they. Believe one was to the State Court, Dist. Attorney Devon Anderson, and to the Court of Criminal Appeals would like the date that was sent ...

Thank You!!!

Name: Gerardo Gonzalez    No: 1473026    Unit: WY

Living Quarters: A1-4-13-B    Work Assignment: 1/s Medical Sq. 1 8:00-17:00

**DISPOSITION:** (Inmate will not write in this space)

You have mail logged and delivered to USPS 4-29-15

to Court of Criminal Appeals          Devon Anderson
P.O. Box 12308 Capitol Station  and   District Attorney
Austin, TX. 78711                      1201 Franklin Ste 600
    Mr. Abel Acosta Clerk              Houston, TX. 77002-1923
                                          signed by mail room personal
I-60 (Rev. 11-90)                                    5-28-15

April 29, 2015

To: Mr. Abel Acosta/Clerk
Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, TX. 78711

RECEIVED IN
Court of Criminal Appeals
Mayol 2015
Abel Acosta, Clerk

From: Gerardo Gonzalez #1473026
WYNNE UNIT
810 FM. 2821
Huntsville, TX. 77349

Mr. Abel A., I'm an indigent, unskilled in the procedure of the law. I realied on fellow inmates to help with this (HB) Whitmire 344 act. But don't know if am right or wrong I did ask you and the court for help even if I can get an attorney to help with this rebuttled of my denied (11.07 writ) now I want this 11.073 to be attached to the original writ. Please, be advised that I don't know much of the laws of Texas understand to little how it works please if you know its "wrong" do note file. I wrote to numerous of places over the years no one help or responed. Would you be kind and send copies to the judges I need to send too. Also I put the same writs to the court that sentence me to on same date.

February 25, 2015
You wrote me advising me to contact state counsel for offenders nothing or others ....
No help ...

Respectfully,
Pro se
Gerardo Gonzalez #1473026
WYNNE UNIT
810 F.M. 2821
Huntsville, TX. 77349

Exhibit "F"    w/c

This is what I sent to the 183<u>RD</u> Judicial District Court of Harris County, Texas believe on Aug. 7, 2015 a

Plaintiff's Original Application for Writ of Mandamus.

(Exhibit's "A" through "F")

A. Certified Mail Slip #7013-1090-0001-4902-4526

B. Inmate Request to official (I-60)

C. letter dated June 12, 2015 to Mr. Chris Daniel/Clerk

D. letter dated April 29, 2015 to Mr. Abel Acosta/Clerk

E. letter dated June 2, 2015 to Mr. Chris Daniel/Clerk

F. letter dated January 25, 2015 to Mrs. Devon Anderson, District Attorney Harris County.

Exhibit "G"   w/c